NUMBER 13-04-495-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE LG ELECTRONICS U.S.A., INC., ET AL. 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relators, LG Electronics U.S.A., Inc., et al., filed a petition for writ of mandamus
and motion for temporary relief in the above cause on September 23, 2004. On
September 24, the Court denied the motion for temporary relief and requested that real
parties in interest file a response by October 1, 2004.
         The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8(a). 
                                                                                 PER CURIAM


Memorandum Opinion delivered and filed
this 13th day of October, 2004.